OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

Tammi M. Hellwig
Clerk of Court

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423

TELEPHONE (803) 765-5436
www.scb.uscourts.gov

February 14, 2011

Crystal M Keane
912 Mordred Street
Sumter SC 29154

Case Number: 11-00381-hb

Dear Debtor:

    On 01/24/2011, the Court mailed you a notice of the Meeting of Creditors. This is a reminder that your Meeting of Creditors will be held on 02/23/2011 at 10:30 a.m. at U.S. Trustee's Office, Room 557, Strom Thurmond Federal Building, 1835 Assembly Street, Columbia S.C. 29201. You will be required to present photo identification for entry into the building.

    At the meeting, you will be required to present photo identification and your social security card. You will be put under oath and the trustee will ask you questions regarding your assets and debts, income and expenses, and employment and family obligations. It is extremely important that you respond truthfully and provide the trustee with all information that he or she requests. Your creditors are also entitled to appear at the meeting and ask you questions regarding your debts, assets, and budget.

    **If you fail to attend this meeting, your case may be dismissed.**

Clerk of Court
United States Bankruptcy Court

By: *Novetta Henton*
Novetta Henton, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201-2423

B-305:03/21/08